In re Marriage of Johnna A.
BOWEN, Respondent,

v.

John A. BOWEN, Appellant.

No. 45807.

Missouri Court of Appeals,
Eastern District.

Sept. 27, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 15, 1983.

Branson L. Wood, III, Hannibal, for appellant.

Marion F. Wasinger, Wasinger, Parham
& Morthland, Hannibal, for respondent.

### ORDER

PER CURIAM.

Appeal by husband in dissolution action attacking determination of marital property and distribution of marital property. The case having no precedential value is affirmed pursuant to Rule 84.16(b).